People v Brown (2026 NY Slip Op 00520)

People v Brown

2026 NY Slip Op 00520

Decided on February 4, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 4, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LINDA CHRISTOPHER
LILLIAN WAN
ELENA GOLDBERG VELAZQUEZ, JJ.

2023-02198
 (Ind. No. 326/18)

[*1]The People of the State of New York, respondent,
vCynell Brown, appellant.

Jerry F. Kebrdle II, Elmsford, NY, for appellant.
Susan Cacace, District Attorney, White Plains, NY (Jill Oziemblewski and Steven A. Bender of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Westchester County (George E. Fufidio, Jr., J.), rendered January 12, 2023, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, criminal possession of a controlled substance in the fourth degree, and tampering with physical evidence (two counts), upon a jury verdict, and imposing sentence.
ORDERED that the judgment is affirmed.
In fulfilling our responsibility to conduct an independent review of the weight of the evidence (see CPL 470.15[5]; People v Danielson, 9 NY3d 342), we are satisfied that the verdict convicting the defendant of murder in the second degree was not against the weight of the evidence (see People v Romero, 7 NY3d 633, 645).
The defendant's remaining contention is not preserved for appellate review (see CPL 470.05[2]).
DUFFY, J.P., CHRISTOPHER, WAN and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court